IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| INGRID NUSS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION FILE ) NO.: 1:21-CV-02015-ELR ) |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA | ) ) ) ) ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Come now plaintiff Ingrid Nuss and defendant Guardian Life Insurance Company of America, and stipulate that the above-styled action shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own costs and expenses of litigation.

This 31st day of May, 2022.

*s/ Jeffrey S. Warncke*
Jeffrey S. Warncke
Counsel for Plaintiff
EVANS WARNCKE ROBINSON, LLC
191 Peachtree Street, NE, Suite 3980
Atlanta, Georgia 30303
(404) 841-9400 (telephone)
j.warncke@ewrlawfirm.com

*s/ William B. Wahlheim, Jr.*
William B. Wahlheim, Jr.
Counsel for Defendant
MAYNARD COOPER & GALE, P.C.
1901 6th Avenue North
Birmingham, AL 35303
(205) 254-1000 (telephone)
wwahlheim@maynardcooper.com